The judgment is reversed and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**BRUTON v. STATE.**

No. 19265.

Court of Criminal Appeals of Texas.

Jan. 5, 1938.

Martin & Allred, of Hillsboro, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft of cattle is the offense; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular. The record is before this court without statement of facts or bills of exception. Appellant entered a plea of guilty to the offense charged in the indictment.

No error having been perceived justifying a reversal, the judgment of the trial court is affirmed.